IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBINS MOTOR TRANSPORTATION, INC.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **TRI-STATE MOTOR TRANSIT CO.** ta TRISM, dba TRISM SPECIAL SERVICES | : | |
| Defendant. | : | NO. 02-4446 |

**O R D E R**

**AND NOW**, this 31st day of July, 2002, upon consideration of the Suggestions of Bankruptcy of defendant, Tri-State Motor Transit Company (Document No. 4, filed July 29, 2002), the Court noting from the Suggestions of Bankruptcy that defendant, Tri-State Motor Transit Company, filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Missouri on December 18, 2001, and that, pursuant to § 362 of the United States Bankruptcy Code, all proceedings against defendant, Tri-State Motor Transit Company, are automatically stayed, and good cause appearing, **IT IS ORDERED** as follows:

1. All proceedings in this matter are **STAYED** until further order of the Court;

2. The case shall be **TRANSFERRED** to the **CIVIL SUSPENSE FILE** by the Clerk of Court;

3. The Clerk of Court shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**; and,

4. The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

**IT IS FURTHER ORDERED** that the entry of this Order is **WITHOUT PREJUDICE** to the rights of the parties.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall file and serve joint status reports at four (4) month intervals or more frequently if warranted by the circumstances. One (1) copy of each status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**