IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. | : | |
| P.O. Box 38 | : | |
| Essington, PA 19029 | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. | : | |
| T/A TRISM D/B/A TRISM SPECIAL | : | |
| SERVICES, INC. | : | |
| Defendant | : | |

**STATUS REPORT**

Defendant, Tri State Motor Transit Company filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States District Court for the Western District of Missouri on December 18, 2001.

Pursuant to §362 of the United States Bankruptcy Code, all proceedings against defendant, Tri State Motor Transit Company, are automatically stayed.

As defendant is still protected by the automatic stay, we cannot proceed any further in the matter before the United States District Court for the Eastern District of Pennsylvania at this time.

Plaintiff's attorney has attempted to contact Defendant's counsel, Mark G. Stingley, Esquire regarding

the status of the bankruptcy proceeding; however, plaintiff's counsel has not received a response.

```
                          _____
                          JOHN F. PEOPLES, ESQUIRE
                          Identification #19361
                          2701 West Chester Pike, Suite 104
                          Broomall, PA 19008
                          (610) 356-2711
```

Date:

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. | : | |
| P.O. Box 38 | : | |
| Essington, PA 19029 | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. | : | |
| T/A TRISM D/B/A TRISM SPECIAL | : | |
| SERVICES, INC. | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

I, JOHN F. PEOPLES, hereby certify that a true and correct copy of Status Report has been served upon counsel for Defendant, Tri-State Motor Transit Co. t/a Trism d/b/a Trism Special Services, Inc. and The Honorable Jan E. DuBois whose address appears below, on October 8, 2003 by first class mail, postage prepaid.

  Mark G. Stingley, Esquire
  Bryan Cave, L.L.P.
  3500 One Kansas City Place
  1200 Main Street
  Kansas City, MO 64105-2100
  Attorney for Defendant

  The Honorable Jan E. Dubois
  United States District Court
  Eastern District of Pennsylvania
  United States Courthouse
  Independence Mall West
  601 Market Street
  Chambers, Room 12613
  Philadelphia, PA 19106

  _____
  JOHN F. PEOPLES, ESQUIRE
Date:                              Attorney for Plaintiff