THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. | : | |
| P.O. Box 38 | : | |
| Essington, PA 19029 | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. | : | |
| T/A TRISM D/B/A TRISM SPECIAL | : | |
| SERVICES, INC. | : | |
| Defendant | : | |

**STATUS REPORT**

Defendant, Tri State Motor Transit Company filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States District Court for the Western District of Missouri on December 18, 2001.

The United States Bankruptcy Court for the Western District of Missouri confirmed defendant, Tri State Motor Transit Company's Chapter 11 plan for liquidation. Pursuant to Sections 105 and/or 362 of the Bankruptcy Code, all injunctions or stays remain in full force and effect until the Bankruptcy Court closes this case.

As the stay remains in effect, we cannot proceed any further in the matter before the United States District Court for the Eastern District of Pennsylvania at this time.

Plaintiff's attorney confirmed via PACER Service Center that the bankruptcy proceeding status has not changed.

A copy of our status report was served upon Defendant's counsel, Mark G. Stingley, Esquire regarding the status of the bankruptcy proceeding and confirming the status.

JFP2247

_____
JOHN F. PEOPLES, ESQUIRE
Identification #19361
2701 West Chester Pike, Suite 104
Broomall, PA 19008
(610) 356-2711

Date:  August 18, 2005

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. | : | |
| P.O. Box 38 | : | |
| Essington, PA 19029 | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. | : | |
| T/A TRISM D/B/A TRISM SPECIAL | : | |
| SERVICES, INC. | : | |
| Defendant | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, JOHN F. PEOPLES, hereby certify that a true and correct copy of Amended Status Report has been served upon counsel for Defendant, Tri-State Motor Transit Co. t/a Trism d/b/a Trism Special Services, Inc. and The Honorable Jan E. DuBois whose address appears below, on August 18, 2005 by first class mail, postage prepaid.

Mark G. Stingley, Esquire
Bryan Cave, L.L.P.
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
Attorney for Defendant

The Honorable Jan E. Dubois
United States District Court
Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
601 Market Street
Chambers, Room 12613
Philadelphia, PA 19106

JFP 2247

_____
JOHN F. PEOPLES, ESQUIRE
Attorney for Plaintiff

Date: August 18, 2005