THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. | : | |
| P.O. Box 38 | : | |
| Essington, PA 19029 | : | |
|                 Plaintiff | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. | : | |
| T/A TRISM D/B/A TRISM SPECIAL | : | |
| SERVICES, INC. | : | |
|                 Defendant | : | |

**STATUS REPORT**

    Defendant, Tri State Motor Transit Company filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States District Court for the Western District of Missouri on December 18, 2001.

    The United States Bankruptcy Court for the Western District of Missouri confirmed defendant, Tri State Motor Transit Company's Chapter 11 plan for liquidation.  Pursuant to Sections 105 and/or 362 of the Bankruptcy Code, all injunctions or stays remain in full force and effect until the Bankruptcy Court closes this case.

    As the stay remains in effect, we cannot proceed any further in the matter before the United States District Court for the Eastern District of Pennsylvania at this time.

    Plaintiff's attorney confirmed via PACER Service Center that the bankruptcy proceeding status has not changed.

    A copy of our status report was served upon Defendant's counsel, Mark G. Stingley, Esquire regarding the status of the bankruptcy proceeding and confirming the status.

                                        JFP2247

                                _____
                                JOHN F. PEOPLES, ESQUIRE
                                Identification #19361
                                2701 West Chester Pike, Suite 104
                                Broomall, PA 19008
                                (610) 356-2711

Date:  November 15, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC. <br> P.O. Box 38 <br> Essington, PA 19029 | : <br> : <br> : <br> : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO. <br> T/A TRISM D/B/A TRISM SPECIAL <br> SERVICES, INC. | : <br> : <br> : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

    I, JOHN F. PEOPLES, hereby certify that a true and correct copy of Amended Status Report has been served upon counsel for Defendant, Tri-State Motor Transit Co. t/a Trism d/b/a Trism Special Services, Inc. and The Honorable Jan E. DuBois whose address appears below, on November 15, 2005 by first class mail, postage prepaid.

        Mark G. Stingley, Esquire
        Bryan Cave, L.L.P.
        3500 One Kansas City Place
        1200 Main Street
        Kansas City, MO 64105-2100
        Attorney for Defendant

        The Honorable Jan E. Dubois
        United States District Court
        Eastern District of Pennsylvania
        United States Courthouse
        Independence Mall West
        601 Market Street
        Chambers, Room 12613
        Philadelphia, PA 19106

        JFP 2247

        _____
        JOHN F. PEOPLES, ESQUIRE
Date:        Attorney for Plaintiff

November 15, 2005


Clerk of the Court
United States District Court
Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106

**RE: Robbins Motor Transportation v. Trism** 02-cv-4446

Dear Sir/Madam:

Enclosed please find an original and one (1) copy of Status Report and Certificate of Service for the above-referenced matter. I have also enclosed a disk containing the documents in .pdf format.

Kindly file the original and return a time-stamped copy in the enclosed self-addressed, stamped envelope.

Thank you for your anticipated cooperation in this matter. If you have any questions or concerns, please do not hesitate to contact this office.


Very truly yours,


John F. Peoples

JFP:slb
Enclosures

November 15, 2005


The Honorable Jan E. Dubois
United States District Court
Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
601 Market Street
Chambers, Room 12613
Philadelphia, PA 19106


**RE:** **Robbins Motor Transportation v. Trism** 02-cv-4446

Dear Judge DuBois:

Enclosed please find a copy of my Status Report which was forwarded to the court for filing on this date.

Thank you for your anticipated cooperation in this matter. If you have any questions or concerns, please do not hesitate to contact this office.


Respectfully,


John F. Peoples

JFP:slb
Enclosures

November 15, 2005


Mark G. Stingley, Esquire
Bryan Cave, L.L.P.
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100

**RE:** **Robbins Motor Transportation v. Trism** 02-cv-4446

Dear Mr. Stingley:

Enclosed please find a time-stamped copy of my Status Report which was forwarded to the court for filing on August 18, 2005.

Thank you for your anticipated cooperation in this matter. If you have any questions or concerns, please do not hesitate to contact this office.


Very truly yours,


John F. Peoples

JFP:slb
Enclosures