<u>THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC.<br>P.O. Box 38<br>Essington, PA 19029<br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>TRI-STATE MOTOR TRANSIT CO.<br>T/A TRISM D/B/A TRISM SPECIAL<br>SERVICES, INC.<br>　　　　　　　　　Defendant | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>:<br>: NO.: 02-CV-4446<br>:<br>:<br>:<br>: |

**<u>STATUS REPORT</u>**

　　Defendant, Tri State Motor Transit Company filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States District Court for the Western District of Missouri on December 18, 2001.

　　The United States Bankruptcy Court for the Western District of Missouri confirmed defendant, Tri State Motor Transit Company's Chapter 11 plan for liquidation. Pursuant to Sections 105 and/or 362 of the Bankruptcy Code, all injunctions or stays remain in full force and effect until the Bankruptcy Court closes this case.

　　As the stay remains in effect, we cannot proceed any further in the matter before the United States District Court for the Eastern District of Pennsylvania at this time.

　　Plaintiff's attorney confirmed via PACER Service Center and via telephone conversation with Mark Stingley, Esquire, attorney for Defendant, that the bankruptcy plan for payout may take another nine to twelve months.

　　A copy of our status report was served upon Defendant's counsel, Mark G. Stingley, Esquire regarding the status of the bankruptcy proceeding and confirming the status.

JFP2247

_____
JOHN F. PEOPLES, ESQUIRE
Identification #19361
2701 West Chester Pike, Suite 104
Broomall, PA 19008
(610) 356-2711

Date:  March 31, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS MOTOR TRANSPORTATION, INC.<br>P.O. Box 38<br>Essington, PA 19029 | : <br> : <br> : <br> : | |
|       Plaintiff | : | CIVIL ACTION |
|   v. | : <br> : | NO.: 02-CV-4446 |
| TRI-STATE MOTOR TRANSIT CO.<br>T/A TRISM D/B/A TRISM SPECIAL<br>SERVICES, INC.<br>      Defendant | : <br> : <br> : <br> : | |

## CERTIFICATE OF SERVICE

    I, JOHN F. PEOPLES, hereby certify that a true and correct copy of Status Report has been served upon counsel for Defendant, Tri-State Motor Transit Co. t/a Trism d/b/a Trism Special Services, Inc. and The Honorable Jan E. DuBois whose address appears below, on March 31, 2006 by first class mail, postage prepaid.

        Mark G. Stingley, Esquire
        Bryan Cave, L.L.P.
        3500 One Kansas City Place
        1200 Main Street
        Kansas City, MO 64105-2100
        Attorney for Defendant

        The Honorable Jan E. Dubois
        United States District Court
        Eastern District of Pennsylvania
        United States Courthouse
        Independence Mall West
        601 Market Street
        Chambers, Room 12613
        Philadelphia, PA 19106

        JFP 2247

        _____
        JOHN F. PEOPLES, ESQUIRE
Date:        Attorney for Plaintiff